UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF DOWN SOUTH            CIVIL ACTION
MARINE, LLC, AS OWNER AND
OPERATIOR OF THE MR. GAGE,
PRAYING FOR EXONERATION FROM
OR LIMITATION OF LIABILITY.

          NO: 11-1083

          SECTION: "A" (1)

## ORDER AND REASONS

Before the Court is a **Motion for New Trial, Reconsideration, and/or Relief from Judgment (Rec. Doc. 37)** filed by complainants-in-limitation Down South Marine (DSM) and Leblanc Marine. Claimants David Williams (Williams) and Terrence Hankton (Hankton) oppose the motion. Hankton's memorandum in opposition **(Rec. Doc. 42)** readopts and reavers the entirety of Williams' memorandum **(Rec. Doc. 41)**. The motion, set for hearing on **November 23, 2011**, is before the Court on the briefs without oral argument.[1] The Court finds that movants have not presented any new issues or facts meriting a new trial, reconsideration, or relief from judgment.

Accordingly;

**IT IS ORDERED** that the **Motion for New Trial, Reconsideration, and/or Relief from Judgment (Rec. Doc. )** filed by complainants-in-limitation Down South Marine (DSM) and Leblanc Marine, is hereby DENIED.

This 29th day of November, 2011.

          _____
          JAY C. ZAINEY
          UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that the movants have requested oral argument; however, the Court does not find that oral argument would be useful in resolving the instant case.